United States **District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

HAROLD JOHN ROSENTHAL –
#068380

No. C 12-80293 WHA

**ORDER OF SUSPENSION**

_____/

    Because Harold John Rosenthal has failed to respond to the order to show cause, Mr.

Rosenthal's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated:  February 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE