**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

IN THE MATTER OF

No. C 12-80293 WHA

11
12

HAROLD JOHN ROSENTHAL –
#068380

**ORDER OF SUSPENSION**

13
14

_____/

15
16

    Because Harold John Rosenthal has failed to respond to the order to show cause, Mr.

17

Rosenthal's membership in the bar of this Court is hereby **SUSPENDED**.

18
19

    **IT IS SO ORDERED.**

20
21

Dated:   February 7, 2013.

                                    _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28